Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BAY AREA OIL SUPPLY, INC. dba MILLBRAE 76; PETROLEUM INVESTMENTS, LLC;<br><br>　　　　Defendant. | No.  3:23-cv-01826-JCS<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants Bay Area OIL Supply, Inc. dba Millbrae 76; and Petroleum Investments, LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: June 30, 2023                          MOORE LAW FIRM, P.C.

                                              */s/ Tanya E. Moore*
                                              Tanya E. Moore
                                              Attorney for Plaintiff,
                                              Gerardo Hernandez

Dated: June 30, 2023                          VAUGHAN & ASSOCIATES LAW
                                              OFFICE, APC

                                              */s/ Cris C. Vaughan*
                                              Cris C. Vaughan
                                              Khushpreet R. Mehton
                                              Attorneys for Defendant,
                                              Bay Area OIL Supply, Inc. dba Millbrae 76; and
                                              Petroleum Investments, LLC

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                              */s/ Tanya E. Moore*
                                              Tanya E. Moore
                                              Attorney for Plaintiff,
                                              Gerardo Hernandez